Craig R. McClellan, Esq. (71865)
Conor J. Hulburt, Esq. (254697)
THE McCLELLAN LAW FIRM
1144 State Street
San Diego, California 92101
Telephone:  (619) 231-0505
Facsimile:   (619) 544-0540

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILA SHEN, by and through her guardian ad litem Peggy Shen Brewster; EDWIN SHEN, an individual; JOYCE SHEN, an individual; ZOE SHEN and VESPER SHEN, by and through their guardian ad litem Peggy Shen Brewster, <br><br> Plaintiffs, <br> v. <br><br> CLUB MED SAS, a corporation; CLUB MED SALES, INC.; CLUB MED MANAGEMENT SERVICES, INC.; and DOES 1 to 50, <br><br> Defendants. | CASE NO.: <br> 3:19-cv-00349-BEN-BGS <br><br> **PETITIONS TO APPROVE COMPROMISE OF PENDING ACTION FOR MINORS MILA SHEN, ZOE SHEN AND VESPER SHEN** <br><br> Judge: Roger T. Benitez <br> Courtroom: 5A <br> Filed: December 6, 2018 <br> Trial Date: None |

Pursuant to Southern District of California Civil Local Rule 17.1(b) and in accordance with California Probate Code Section 3600, et. seq., Guardian ad

1

Litem Erik Brewster brings this Petition to Approve the Compromise of this Pending Action on behalf of minor Plaintiffs Mila Shen, Zoe Shen, and Vesper Shen.

As the Court may recall from the Early Neutral Evaluation conference, Mila Shen was struck in the forehead by a wood mallet while vacationing with her family in Japan. Her sisters Zoe and Vesper witnessed the incident. Plaintiffs have agreed to accept a total of $500,000 in settlement of their claims. After attorney's fees and costs, Mila will receive $299,707.18, Zoe will receive $45,091, and Vesper will receive $45,091. These amounts will be paid into structured annuities, as discussed in the claimant's individual petitions, attached as Exhibits 1-3.

The minors' parents, Ed and Joyce Shen, are not taking any of the settlement funds. They have chosen to preserve the proceeds for their children. Plaintiffs' counsel, to ensure adequate compensation for Mila, have reduced their fee to 20%.

Plaintiffs have attached three separated California form petitions for Mila, Zoe, and Vesper, which set forth all of the information necessary to review this settlement, including the settlement amounts, structure amounts and terms, Plaintiffs' injuries, the reasons for the apportionment among the Plaintiffs, medical liens, attorneys fees and costs, and declarations of counsel.

The Petition to approve Mila's settlement is attached as Exhibit "**1**". The Petition to approve Zoe's settlement is attached as Exhibit "**2**". The Petition to approve Vesper's settlement is attached as Exhibit "**3**".

Plaintiffs have emailed proposed Orders for each minor Plaintiff.

Respectfully submitted,

DATED:  November 1, 2019          **THE MCCLELLAN LAW FIRM**

By:  */s/ Conor J. Hulburt*
     CONOR J. HULBURT
     *Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

This is to certify that on November 1, 2019, I served a true and correct copy of the following: PETITIONS TO APPROVE COMPROMISE OF PENDING ACTION FOR MINORS MILA SHEN, ZOE SHEN AND VESPER SHEN on all counsel of record, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ.L.R. 5.4(d).

Dated: November 1, 2019          */s/ Carlie Ramos*
                                 Carlie Ramos