1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 1

MC-350

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Craig R. McClellan / Conor J. Hulburt   SBN: 71865 / 254697<br>The McClellan Law Firm<br>1144 State Street<br>San Diego, CA 92101<br>TELEPHONE NO.: 619-231-0505   FAX NO. *(Optional):* 619-544-0540<br>E-MAIL ADDRESS *(Optional):* craig@mcclellanlaw.com<br>ATTORNEY FOR *(Name):* Mila Shen, et al. | |

STREET ADDRESS: 333 W Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: US District Court Southern District

| CASE NAME: Mila Shen et. al. v. Club Med SAS, et. al. | CASE NUMBER:<br>3:19-CV-00349-BEN-BGS |
|---|---|

| PETITION TO APPROVE:   ☐ COMPROMISE OF DISPUTED CLAIM<br>☒ COMPROMISE OF PENDING ACTION<br>☐ DISPOSITION OF PROCEEDS OF JUDGMENT<br>☒ Minor   ☐ Person With a Disability | HEARING DATE: |
|---|---|
| | DEPT.: Ste. 1280   TIME: |

**NOTICE TO PETITIONERS:**

Except as noted below, you must use this form to request court approval of (1) the compromise of a disputed claim of a minor, (2) the compromise of a pending action or proceeding in which a minor or a person with a disability (including a conservatee) is a party, or (3) the disposition of the proceeds of a judgment for a minor or person with a disability. (See Code Civ. Proc., § 372; Prob. Code, § 3600 et seq.) You and the minor or disabled person must attend the hearing on this petition unless the court for good cause dispenses with a personal appearance. The court may require the presence and testimony of witnesses, including the attending or examining physician, and other evidence relating to the merits of the claim and the nature and extent of the injury, care, treatment, and hospitalization. The court may consider on an expedited basis without a hearing requests for approval of the compromises of certain claims and actions or the disposition of the proceeds of certain judgments. If your claim, action, or judgment qualifies for expedited consideration and you want to request it, you must use form MC-350EX for your request. See Cal. Rules of Court, rule 7.950.5.

1. **Petitioner** *(name):* Erik Brewster, Guardian ad Litem

2. **Claimant** *(name):* Mila Shen

   a. Address: 1107 Carlyle Ave., Santa Monica, CA 90402

   b. Date of birth: 01/26/2011   c. Age: 8   d. Sex: F   e. ☒ Minor   ☐ Person with a disability

3. **Relationship**   Petitioner's relationship to the claimant *(check all applicable boxes):*

   a. ☐ Parent   g. ☒ Other relationship *(specify:)* Uncle
   b. ☒ Guardian ad litem
   c. ☐ Guardian
   d. ☐ Conservator
   e. ☐ Disabled adult claimant is a petitioner. *(See instructions for items 3e and 3f below.)*
   f. ☐ Disabled adult claimant's express consent to the relief requested in this petition is provided on Attachment 3f.

   *(If you checked item 3e or 3f, state facts on Attachment 3e or 3f showing that the claimant has capacity under Probate Code section 812 to petition or consent to a petition. Only an adult claimant who has sufficient capacity and who does not have a conservator of the estate may petition or consent to a petition. See Probate Code section 3613.)*

4. **Nature of claim**   The claim of the minor or adult person with a disability:

   a. ☐ Has not been filed in an action or proceeding. *(Complete items 5–23.)*
   b. ☒ Is the subject of a pending action or proceeding that will be compromised without a trial on the merits of the claim.
   Name of court: United States District Court, Southern District of California
   Case no.: 3:19-cv-00349-BEN-BGS   Trial date: Pretrial Conference   *(Complete items 5–23.)*
   10/5/19

Form Adopted for<br>Alternative Mandatory Use<br>Judicial Council of California<br>MC-350 [Rev. January 1, 2011]

**PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM OR PENDING ACTION OR DISPOSITION OF PROCEEDS OF JUDGMENT FOR MINOR OR PERSON WITH A DISABILITY**
**(Miscellaneous)**

Code of Civil Procedure, § 372 et seq.;<br>Probate Code, § 3500 et seq.;<br>Cal. Rules of Court, rules 3.1384,<br>7.101, 7.950, 7.951<br>www.courts.ca.gov<br>Westlaw Doc & Form Builder™

MC-350

| CASE NAME: | CASE NUMBER: |
|---|---|
| Mila Shen et. al. v. Club Med SAS, et. al. | 3:19-CV-00349-BEN-BGS |

4. **Nature of claim**          The claim of the minor or adult person with a disability:

   c. ☐  Is the subject of a pending action or proceeding that has been or will be reduced to a judgment for the claimant against the defendants named below in the total amount (exclusive of interest and costs) of *(specify below):*

   $ [                    ]

   Defendants *(names)*

   ☐  Additional defendants listed on Attachment 4.     ☐  The judgment was filed on *(date):*
   *(Attach a copy of the (proposed) judgment as Attachment 4c and complete items 13–23.)*

5. ☒  **Incident or accident**     The incident or accident occurred as follows:

   a. Date and time: August 8, 2018

   b. Place: Club Med Tomamu Hokkaido Hotel, Japan

   c. Persons involved *(names):* Mila Shen, Zoe Shen, Vesper Shen, Edwin Shen, Joyce Shen

   ☐  Continued on Attachment 5.

6. ☒  **Nature of incident or accident**
   The facts, events, and circumstances of the incident or accident are *(describe):*
   On August 8, 2018, Edwin, Mila, Zoe and Vesper attended a performance at Club Med Tomamu Hokkaido Hotel in Japan. During the performance, the Club Med hotel general manager Merlin Chelliah gathered the children to the front of the stage to have them partake in a sake barrel breaking ceremony. During the ceremony Ms. Chelliah held a wooden mallet that slipped out of her hand and hit Mila in the center of her forehead.

   ☐  Continued on Attachment 6.

7. ☒  **Injuries**
   The following injuries were sustained by the claimant as a result of the incident or accident *(describe):*
   Mila Shen had a nondisplaced frontal skull fracture and has a scar on her forehead.  She also suffered emotional trauma from the incident.

   ☐  Continued on Attachment 7.

8. ☒  **Treatment**
   The claimant received the following care and treatment for the injuries described in item 7 *(describe):*
   Claimant received emergency treatment, imaging, neurological examination, plastic surgery for the sutures and therapy for the emotional trauma.

   ☐  Continued on Attachment 8.

MC-350 [Rev. January 1, 2011]              **PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM**          Page 2 of 10
                                          **OR PENDING ACTION OR DISPOSITION OF PROCEEDS OF**
                                          **JUDGMENT FOR MINOR OR PERSON WITH A DISABILITY**
                                                          **(Miscellaneous)**

MC-350

| CASE NAME: | CASE NUMBER: |
|---|---|
| Mila Shen et. al. v. Club Med SAS, et. al. | 3:19-CV-00349-BEN-BGS |

9. ☒ **Extent of injuries and recovery** *(An original or a photocopy of all doctors' reports containing a diagnosis of and prognosis for the claimant's injuries, and a report of the claimant's present condition, must be attached to this petition as Attachment 9. A new report is not necessary so long as a previous report accurately describes the claimant's current condition.)*

a. ☐ The claimant has recovered completely from the effects of the injuries described in item 7, and there are no permanent injuries.

b. ☐ The claimant has not recovered completely from the effects of the injuries described in item 7,  and the following injuries from which the claimant has not recovered are temporary *(describe the remaining injuries):*

☐ Continued on Attachment 9b.

c. ☒ The claimant has not recovered completely from the effects of the injuries described in item 7, and the following injuries from which the claimant has not recovered are permanent *(describe the permanent injuries):*
Claimant has a scar across her forehead.

☐ Continued on Attachment 9c.

10. ☒ **Petitioner has made a careful and diligent inquiry and investigation to ascertain the facts relating to the incident or accident in which the claimant was injured; the responsibility for the incident or accident; and the nature, extent, and seriousness of the claimant's injuries.  Petitioner fully understands that if the compromise proposed in this petition is approved by the court and is consummated, the claimant will be forever barred from seeking any further recovery of compensation from the settling defendants named below even though the claimant's injuries may in the future appear to be more serious than they are now thought to be.**

11. ☒ **Amount and terms of settlement**

By way of settlement, the defendants named below have offered to pay the following sums to the claimant:

a. The total amount offered by all defendants named below is *(specify):*   $ | 384,700

b. The defendants and amounts offered by each are as follows *(specify):*

| Defendants *(names)* | | Amounts |
|---|---|---|
| Club Med SAS, a corporation; Club Med Sales, Inc.; and Club Med Management Services, Inc. | $ | 384,700 |
| | $ | |
| | $ | |
| | $ | |
| | $ | |

☐ Defendants and amounts offered continued on Attachment 11.

c. The terms of settlement are as follows *(if the settlement is to be paid in installments, both the total amount and the present value of the settlement must be included):*
The settlement funds are expected to be received within 30 days from the date of Approval of Minor's Compromise.

☐ Continued on Attachment 11.

MC-350 [Rev. January 1, 2011]

**PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM OR PENDING ACTION OR DISPOSITION OF PROCEEDS OF JUDGMENT FOR MINOR OR PERSON WITH A DISABILITY**
(Miscellaneous)

MC-350

| CASE NAME:<br>Mila Shen et. al. v. Club Med SAS, et. al. | CASE NUMBER:<br>3:19-CV-00349-BEN-BGS |
|---|---|

12. [X] **Settlement payments to others**

    a. [ ]    No defendant named in item 11b has offered to pay money to any person or persons other than the claimant to settle claims arising out of the same incident or accident that resulted in the claimant's injury.

    b. [X]    By way of settlement, one or more defendants named in item 11b have also offered to pay money to a person or persons other than claimant to settle claims arising out of the same incident or accident that resulted in the claimant's injury.

        (1) The total amount offered by all defendants to others *(specify):*       $       115,300

        (2) Petitioner [X] is not [ ] is   a claimant against the recovery of the claimant (other than for reimbursement for expenses paid by petitioner and listed under item 15).
             *(If you answered "is," explain in Attachment 12 the circumstances and the effect your claim has on the proposed compromise of the claim described in this petition.)*

        (3) Petitioner [X] is not [ ] is   a plaintiff in the same action with the claimant.
             *(If you answered "is," explain in Attachment 12 the circumstances and the effect your claim and its disposition has on the proposed compromise of the claim or action described in this petition.)*

        (4) [ ] Petitioner would receive money under the proposed settlement.

        (5) The settlement payments are to be apportioned and distributed as follows:

| Other plaintiffs or claimants *(names)* | | Amounts |
|---|---|---|
| Zoe Shen | $ | 57,650 |
| Vesper Shen | $ | 57,650 |
| | $ | |
| | $ | |

             [ ] Additional plaintiffs or claimants and amounts are listed on Attachment 12.

        **(6) Reasons for the apportionment of the settlement payments between the claimant and each other plaintiff or claimant named above are specified on Attachment 12.**

13. **The claimant's medical expenses, including medical expenses paid by petitioner and insurers, to be reimbursed from proceeds of settlement or judgment**

    a. **Totals**

        (1) Total medical expenses:    $ _____

        (2) Total outstanding medical expenses to be paid from the proceeds:       $ _____

        (3) Total out-of-pocket, co-payments, or deductible payments to be reimbursed from proceeds:    $ _____

    b. Medical expenses were paid and are to be reimbursed from proceeds as follows:

        (1) [ ] Paid by petitioner in the amount of:       $ _____

        (2) [ ] Paid by private health insurance or a self-funded plan under:

            (a) [ ] An Employee Retirement Income Security Act (ERISA) insured plan.

            (b) [ ] An ERISA self-funded plan.

            (c) [ ] A Non-ERISA insured plan.

            (d) [ ] A Non-ERISA self-funded plan.

            (e) Amount paid by plan:    $ _____

            (f) Amount of reimbursement to the plan from proceeds of settlement or judgment:

                (i) [ ] No reimbursement is requested by the plan.

                (ii) [ ] Reimbursement is to be made to the plan and:

                    (A) [ ] There is a contractual reduction of $ ( _____ )

                    (B) [ ] There is a negotiated reduction of $ ( _____ )

                    (C) [ ] No reduction has been agreed to,

                   for a total reimbursement to the plan in the amount of:    $ _____

**PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM
OR PENDING ACTION OR DISPOSITION OF PROCEEDS OF
JUDGMENT FOR MINOR OR PERSON WITH A DISABILITY**
(Miscellaneous)

MC-350

| CASE NAME: | CASE NUMBER: |
|---|---|
| Mila Shen et. al. v. Club Med SAS, et. al. | 3:19-CV-00349-BEN-BGS |

13. **The claimant's medical expenses, including medical expenses paid by petitioner and insurers, to be reimbursed from proceeds of settlement or judgment**

b.   Medical expenses were paid and are to be reimbursed from proceeds as follows:

(3)  [ ]   Paid by Medicare in the amount of:          $

less the statutory reduction in the amount of: $ (_____)

for a total reimbursement to Medicare in the amount of:          $ [_____]

*(Attach a copy of the final Medicare demand letter or letter agreement as Attachment 13b(3).)*

(4)  [ ]   Paid by Medi-Cal in the amount of $ _____

(a)  [ ]   Notice of this claim or action has been given to the State Director of Health Care Services under Welfare and Institutions Code section 14124.73. A copy of the notice and proof of its delivery  [ ]  is attached.
[ ]  was filed in this matter on *(date):*

(b)  [ ]   Notice of this claim or action has **not** been given to the State Director of Health Care Services.
*(Explain why notice has not been given in Attachment 13b(4).)*

(c)  [ ]   In full satisfaction of its lien rights, Medi-Cal has agreed to accept reimbursement
in the amount of:          $ [_____]

*(Attach a copy of the final Medi-Cal demand letter or letter agreement as Attachment 13b(4).)*

(d)  [ ]   Petitioner is entitled to a reduction of the Medi-Cal lien under Welfare and Institutions Code section 14124.76 and:

(i)  [ ]   Is filing a motion seeking a reduction of the lien concurrently with this petition.
(ii) [ ]   Requests that the court reserve jurisdiction over this issue.

The amount of the lien in dispute is:  $ _____

(5)  [X]  (a)  There are one or more statutory or contractual liens of medical service providers for payment of medical expenses. The total amount claimed under these liens is:  $ _____1,578.42__ . In full satisfaction of their lien claims, the lienholders have agreed to accept the total sum of:          $ [_____1,183.82__]

*(Provide requested information on each lienholder and certain other medical service providers below.)*

(b)  The name of each medical service provider that furnished care and treatment to claimant and (1) has a lien for all or any part of the charges or (2) was paid (or will be paid from the proceeds) by petitioner for which petitioner requests reimbursement; the amounts charged and paid; the amount of negotiated reduction of charges, if any; and the amount to be paid from the proceeds of the settlement or judgment to each provider are as follows:

(i)  (A)  Provider *(name):* UCLA Health  (Cigna Medical Lien [Conduent])
(B)  Address: 1250 16th St.
Santa Monica, CA 90404-11
(C)  Amount charged:          $          2,081.00
(D)  Amount paid (whether or not by insurance):     $ (     1,578.42 )
(E)  Negotiated reduction, if any:          $ (____1,183.82__)
(F)  Amount to be paid from proceeds of settlement or judgment: $ [____1,183.82__]

(ii) (A)  Provider *(name):*
(B)  Address:

(C)  Amount charged:          $
(D)  Amount paid (whether or not by insurance):     $ (          )
(E)  Negotiated reduction, if any:          $ (_____)
(F)  Amount to be paid from proceeds of settlement or judgment: $ [_____]

[ ]  Continued on Attachment 13b(5). *(Provide information about additional providers in the above format, including providers paid or to be paid by petitioner for which reimbursement is requested in item 13b(1) above. You may use form MC-350(A-13b(5)) for this purpose.)*

**PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM OR PENDING ACTION OR DISPOSITION OF PROCEEDS OF JUDGMENT FOR MINOR OR PERSON WITH A DISABILITY**
(Miscellaneous)

MC-350

| CASE NAME:<br>Mila Shen et. al. v. Club Med SAS, et. al. | CASE NUMBER:<br>3:19-CV-00349-BEN-BGS |
| --- | --- |

14. **The claimant's attorney's fees and all other expenses (except medical expenses), including expenses advanced by claimant's attorney or paid or incurred by petitioner to be reimbursed from proceeds of settlement or judgment**

   a.  Total amount of attorney's fees for which court approval is requested:    $ 76,940

*(If fees are requested, attach as Attachment 14a, a declaration from the attorney explaining the basis for the request, including a discussion of applicable factors listed in rule 7.955(b) of the Cal. Rules of Court. Respond to item 18a(2) on page 7 and attach a copy of any written attorney fee agreement as Attachment 18a.)*

   b.  The following additional items of expense (other than medical expenses) have been incurred or paid, are reasonable, resulted from the incident or accident, and should be paid out of claimant's share of the proceeds of the settlement or judgment:

| Items | Payees *(names)* | Amounts |
| --- | --- | --- |
| Out-of-Pocket Costs paid by The McClellan Law Firm (a copy of the Cost Report is attached under 14b).<br><br>Total costs are $8,928.38. Plaintiff Mila Shen's proportionate share of costs is 76.94% or $6,869. | The McClellan Law Firm | $ 6,869<br>$<br>$<br>$<br>$<br>$<br>$<br>$<br>$<br>$<br>$ |

[X] Continued on Attachment 14b.        **Total: $** 6,869

15. **Reimbursement of expenses paid by petitioner**

   a.  [ ] Petitioner has paid none of the claimant's expenses listed in items 13 and 14 for which reimbursement is requested.

   b.  [ ] Petitioner has paid (or become obligated to pay) the following total amounts of the claimant's expenses for which reimbursement is requested.

      (1) [ ] Medical expenses listed in item 13:    $

      (2) [ ] Attorney's fees included in the total fee amount shown in item 14a:    $

      (3) [ ] Other expenses included in the total shown in item 14b:    $

                             **Total:**    $

*(Attach proofs of the expenses incurred and payments made or obligations to pay incurred, e.g., bills or invoices, canceled checks, credit card statements, explanations of benefits from insurers, etc.)*

16. **Net balance of proceeds for the claimant**

The balance of the proceeds of the proposed settlement or judgment remaining for the claimant after payment of all requested fees and expenses is:    $ 299,707.18

17. **Summary**

   a.  Gross amount of proceeds of settlement or judgment for claimant:    $ 384,700

   b.  Medical expenses to be paid from proceeds of settlement or judgment:    $ 1,183.82

   c.  Attorney's fees to be paid from proceeds of settlement or judgment:    $ 76,940

   d.  Expenses (other than medical) to be paid from proceeds of settlement or judgment:    $ 6,869

   e.  Total of fees and expenses to be paid from proceeds of settlement or judgment *(add (b), (c), and (d))*:    $ ( 84,992.82 )

   f.  Balance of proceeds of settlement or judgment available for claimant after payment of all fees and expenses *(subtract (e) from (a))*:    $ 299,707.18

**PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM OR PENDING ACTION OR DISPOSITION OF PROCEEDS OF JUDGMENT FOR MINOR OR PERSON WITH A DISABILITY**
**(Miscellaneous)**

MC-350

| CASE NAME: | CASE NUMBER: |
|---|---|
| Mila Shen et. al. v. Club Med SAS, et. al. | 3:19-CV-00349-BEN-BGS |

18. **Information about attorney representing or assisting petitioner**

  a. (1) ☐ Petitioner has not been represented or assisted by an attorney in preparing this petition or in any other way with respect to the claim asserted. *(Go to item 19.)*

    (2) ☒ Petitioner has been represented or assisted by an attorney in preparing this petition or with respect to the claim asserted. Petitioner and the attorney ☐ do not ☒ do have an agreement for services provided in connection with the claim giving rise to this petition. *(If you answered "do," attach a copy of the agreement as Attachment 18a, and complete items 18b.–18f.)*   The Fee Agmt is an attorney/client privileged document

  b. The attorney who has represented or assisted petitioner is *(name):* Craig R. McClellan / Conor J. Hulburt

    (1) State Bar number: 71865 / 254697

    (2) Law firm: The McClellan Law Firm

    (3) Address: 1144 State Street, San Diego, CA 92101

    (4) Telephone number: 619-231-0505

  c. The attorney ☒ has not ☐ has received attorney's fees or other compensation in addition to that requested in this petition for services provided in connection with the claim giving rise to this petition. *(If you answered "has," identify the person who paid the fees or other compensation, the amounts paid, and the dates of payment):*

| From whom *(names)* | Amounts | Dates |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |

    ☐ Continued on Attachment 18c.

  d. The attorney ☒ did not ☐ did become concerned with this matter, directly or indirectly, at the instance of a party against whom the claim is asserted or a party's insurance carrier. *(If you answered "did," explain the circumstances in Attachment 18d.)*

  e. The attorney ☐ is not ☒ is representing or employed by any other party or any insurance carrier involved in the matter. *(If you answered "is," identify the party or carrier and explain the relationship in Attachment 18e.)*

  f. The attorney ☐ does not ☒ does expect to receive attorney's fees or other compensation in addition to that requested in this petition for services provided in connection with the claim giving rise to this petition. *(If you answered "does," identify the person who will pay the fees or other compensation, the amounts to be paid, and the expected dates of payment):*

| From whom *(names)* | Amounts | Expected dates |
|---|---|---|
| Zoe Shen | $ 11,530 | 12/15/2019 |
| Vesper Shen | $ 11,530 | 12/15/2019 |
| | $ | |
| | $ | |
| | $ | |

    ☐ Continued on Attachment 18f.

**PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM
OR PENDING ACTION OR DISPOSITION OF PROCEEDS OF
JUDGMENT FOR MINOR OR PERSON WITH A DISABILITY
(Miscellaneous)**

MC-350

| CASE NAME: Mila Shen et. al. v. Club Med SAS, et. al. | CASE NUMBER:<br>3:19-CV-00349-BEN-BGS |
|---|---|

19. **Disposition of balance of proceeds of settlement or judgment**
Petitioner requests that the balance of the proceeds of the settlement or judgment be disbursed as follows:

a. ☐ There is a guardianship of the estate of the minor or a conservatorship of the estate of the adult person with a disability filed in *(name of court):*

Case no.:

(1) ☐ $ _____ of the proceeds in money or other property will be paid or delivered to the guardian of the estate of the minor or the conservator of the estate of the conservatee. The money or other property is specified in Attachment 19a(1).

(2) ☐ Petitioner is the guardian or conservator of the estate of the minor or the adult person with a disability. Petitioner requests authority to deposit or invest $ _____ of the money or other property to be paid or delivered under 19a(1) with one or more financial institutions in this state or with a trust company, subject to withdrawal only as authorized by the court. The money or other property and the name, branch, and address of each financial institution or trust company are specified in Attachment 19a(2).

(3) ☐ Petitioner proposes that all or a portion of the proceeds **not** become part of the guardianship or conservatorship estate. Petitioner requests authority to deposit or transfer these proceeds as follows *(check all that apply):*

(a) ☐ $ _____ will be deposited in insured accounts in one or more financial institutions in this state from which no withdrawals can be made without a court order. The name, branch, and address of each depository are specified in Attachment 19a(3).

(b) ☐ $ _____ will be invested in a single-premium deferred annuity subject to withdrawal only on order of the court. The terms and conditions of the annuity are specified in Attachment 19a(3).

(c) ☐ $ _____ will be transferred to a custodian for the benefit of the minor under the California Uniform Transfers to Minors Act. The name and address of the proposed custodian and the property to be transferred are specified in Attachment 19a(3).

(d) ☐ $ _____ will be transferred to the trustee of a trust that is either created by or approved of in the order approving the settlement or the judgment given or to be given for the minor. This trust is revocable when the minor attains the age of 18 years and contains all other terms and conditions determined to be necessary by the court to protect the minor's interests. The terms of the proposed trust and the property to be transferred are specified in Attachment 19a(3). ☐ A copy of the (proposed) judgment is attached as Attachment 4c.

(e) ☐ $ _____ will be transferred to the trustee of a special needs trust under Probate Code sections 3602(d) and 3604 for the benefit of the minor or the adult person with a disability. The terms of the proposed special needs trust and the property to be transferred are specified in Attachment 19a(3).

**PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM
OR PENDING ACTION OR DISPOSITION OF PROCEEDS OF
JUDGMENT FOR MINOR OR PERSON WITH A DISABILITY
(Miscellaneous)**

MC-350

| CASE NAME: Mila Shen et. al. v. Club Med SAS, et. al. | CASE NUMBER:<br>3:19-CV-00349-BEN-BGS |
| --- | --- |

19. **Disposition of balance of proceeds of settlement or judgment**  (cont.)
Petitioner requests that the balance of the proceeds of the settlement or judgment be disbursed as follows:

b.  ☒  There is no guardianship of the estate of the minor or conservatorship of the estate of the adult person with a disability.
Petitioner requests that the balance of the proceeds of the settlement or judgment be disbursed as follows
*(check all that apply):*

(1)  ☐  A guardian of the estate of the minor or a conservator of the estate of the adult person with a disability
will be appointed.   $                              of money and other property will be paid or delivered
to the person so appointed. The money or other property are specified in Attachment 19b(1).

(2)  ☐  $                              of money will be deposited in insured accounts in one or more  financial
institutions in this state, subject to withdrawal only upon the authorization of the court. The name,
branch, and address of each depository are specified in Attachment 19b(2).

(3)  ☒  $ 299,707.18                  of money will be invested in a single-premium deferred annuity, subject to
withdrawal only upon the authorization of the court. The terms and conditions of the annuity are specified
in Attachment 19b(3).

(4)  ☐  $                              will be paid or transferred to the trustee of a special needs trust under
Probate Code sections 3604 and 3611(c) for the benefit of the minor or the adult person with a disability.
The terms of the proposed special needs trust and the money or other property to be paid or transferred are
specified in Attachment 19b(4).

(5)  ☐  $                              will be paid or delivered to a parent of the minor, upon the terms and under the
conditions specified in Probate Code sections 3401–3402, without bond. The name and address of the
parent and the money or other property to be delivered are specified in Attachment 19b(5).  *(Value of minor's
entire estate, including the money or property to be delivered, must not exceed $5,000.)*

(6)  ☐  $                              will be transferred to a custodian for the benefit of the minor under the California
Uniform Transfers to Minors Act. The name and address of the proposed custodian and the money or other
property to be transferred are specified in Attachment 19b(6).

(7)  ☐  $                              will be transferred to the trustee of a trust that is either created by or
approved of in the order approving the settlement or the judgment given or to be given for the minor.  This
trust is revocable when the minor attains the age of 18 years and contains all other terms and conditions
determined to be necessary by the court to protect the minor's interests. The terms of the proposed trust and
the money or other property to be transferred are specified in Attachment 19b(7).
☐  A copy of the (proposed) judgment is attached as Attachment 4c.

(8)  ☐  $                              of money will be held on such conditions as the court in its discretion determines
is in the best interest of the minor or the adult person with a disability. The proposed conditions are specified
on Attachment 19b(8).  *(Value must not exceed $20,000.)*

(9)  ☐  $                              of property other than money will be held on such conditions as the court in its
discretion determines is in the best interest of the minor or the adult person with a disability. The proposed
conditions and the property are specified in Attachment 19b(9).

(10)  ☐  $                              will be deposited with the county treasurer of the County of *(name):*
The deposit is authorized under and subject to the conditions specified in Probate Code section 3611(h).

(11)  ☐  $                              will be paid or transferred to the adult person with a disability. The money or other
property is specified in Attachment 19b(11).

☐  Continued on Attachment 19.

MC-350 [Rev. January 1, 2011]

**PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM
OR PENDING ACTION OR DISPOSITION OF PROCEEDS OF
JUDGMENT FOR MINOR OR  PERSON WITH A DISABILITY
(Miscellaneous)**

MC-350

| CASE NAME: | CASE NUMBER: |
|---|---|
| Mila Shen et. al. v. Club Med SAS. et. al. | 3:19-CV-00349-BEN-BGS |

20. ☐ **Statutory liens for special needs trust**

Petitioner requests a court order for payment of funds to a special needs trust *(explain how statutory liens under Probate Code section 3604, if any, will be satisfied)*.

☐ Continued on Attachment 20.

21 ☒ **Additional orders**

Petitioner requests the following additional orders *(specify and explain)*:

1. All proceeds to be paid within 30 days after approval of this Minor's Compromise. Interest shall accrue at 7% per annum on any amounts not paid within 30 days of the Order Approving Compromise of Pending Action for Mila's settlement.

2. Beneficiaries to Mila Shen's Structure need to be added by Court Order until she reaches the age of majority. This is because, as a minor, she cannot designate beneficiaries. If beneficiaries are not designated, then an Estate would have to be opened and probated for Mila's structure payments if she should die before the age of 18. Therefore, a beneficiary designation has been added to the order.

☐ Continued on Attachment 21.

22. Petitioner recommends the compromise settlement or the proposed disposition of the proceeds of the judgment for the claimant to the court as being fair, reasonable, and in the best interest of the claimant and requests that the court approve this compromise settlement or proposed disposition and make such other and further orders as may be just and reasonable.

23. Number of pages attached: 19

Date: November 1, 2019

Craig R. McClellan / Conor J. Hulburt
(TYPE OR PRINT NAME OF ATTORNEY)                          (SIGNATURE OF ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 1, 2019

Erik Brewster, Guardian ad Litem
(TYPE OR PRINT NAME OF PETITIONER)                        (SIGNATURE OF PETITIONER)

MC-350 [Rev. January 1, 2011]    **PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM**    Page 10 of 10
**OR PENDING ACTION OR DISPOSITION OF PROCEEDS OF**
**JUDGMENT FOR MINOR OR PERSON WITH A DISABILITY**
**(Miscellaneous)**

Attachment 12b(6)

To Petition for Approval

MC-025

| SHORT TITLE: Mila Shen et. al. v. Club Med SAS, et. al. | CASE NUMBER: 3:19-CV-00349-BEN-BGS |

**ATTACHMENT** *(Number):* _____12b(6)_____

*(This Attachment may be used with any Judicial Council form.)*

The apportionment is:

76.94% to Mila Shen
11.53% to Zoe Shen
11.53% to Vesper Shen

These percentages are based on a number of factors:

1. Mila Shen has a higher percentage than her sisters because she experienced the injury physically and emotionally.

2. Zoe Shen and Vesper Shen will each receive 11.53% of the settlement because they experienced the emotional distress of being present during and after their sister's injury.

3. Parents Edwin and Joyce are not taking any percentage of the settlement.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*    Page 1 of 1
*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov
Westlaw Doc & Form Builder

Attachment 14a

To Petition for Approval

1  Craig R. McClellan, Esq. (71865)
2  Conor J. Hulburt, Esq. (254697)
   THE McCLELLAN LAW FIRM
3  1144 State Street
4  San Diego, California 92101
   Telephone:   (619) 231-0505
5  Facsimile:   (619) 544-0540

6
   Attorneys for Plaintiffs
7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11

12  MILA SHEN, by and through her guardian      )
13  ad litem Peggy Shen Brewster; EDWIN         )  CASE NO.:
    SHEN, an individual; JOYCE SHEN, an         )  3:19-cv-00349-BEN-BGS
14  individual; ZOE SHEN and VESPER             )
15  SHEN, by and through their guardian ad      )  **DECLARATION OF CRAIG**
    litem Peggy Shen Brewster,                  )  **R. McCLELLAN IN**
16                                              )  **SUPPORT OF PETITION**
17                      Plaintiffs,             )  **FOR APPROVAL OF**
                                                )  **SETTLEMENT**
18  v.                                          )
19  CLUB MED SAS, a corporation; CLUB           )  **[ATTACHMENT 14A TO**
20  MED SALES, INC.; CLUB MED                   )  **PETITION FOR APPROVAL**
    MANAGEMENT SERVICES, INC.; and             )  **OF SETTLEMENT]**
21  DOES 1 to 50,                               )
22                                              )
                       Defendants.              )
23                                              )
24                                              )
                                                )
25  _____  )

26

27

28  / / /

                              1

I, Craig R. McClellan, declare:

1.)    My law firm represents the claimant, Mila Shen, by and through her
Guardian ad Litem Erik Brewster, in her claims against Defendants.

2.)    This declaration is submitted to address the factors to consider for
reasonable attorneys' fees, as set forth in California Rules of Court, Rule
7.955(b).

3.)    My office assumed the representation of Mila Shen and her family
members on September 27, 2018.  The claim for the personal injury of Mila Shen
was filed against Club Med SAS, a corporation; Club Med Sales, Inc.; and Club
Med Management Services, Inc. on December 6, 2018.  On August 8, 2018,
Edwin, Mila, Zoe and Vesper attended a performance at Club Med Tomamu
Hokkaido Hotel in Japan.  During the performance, the Club Med hotel general
manager Merlin Chelliah gathered the children to the front of the stage to have
them partake in a sake barrel breaking ceremony. During the ceremony Ms.
Chelliah held a wooden mallet that slipped out of her hand and hit Mila in the
center of her forehead. Mila had a nondisplaced frontal skull fracture and has a
scar on her forehead. Joyce Shen took care of the family and Mila after the
incident occurred.

4.)    My office conducted an extensive investigation into the events
surrounding Mila Shen's injury.  We prepared for and attended an ENE hearing.

DECLARATION OF CRAIG R. McCLELLAN ISO PETITION FOR APPROVAL OF SETTLEMENT
CASE NO. 3:19-cv-00349-BEN-BGS

1   We worked with defense counsel prior to the ENE hearing to complete a Joint

2   Discovery Plan and Joint Statement.  We provided documents for Rule 26

3

4   disclosures and submitted a 24-page ENE Statement.  We did a tremendous

5   amount of research and investigation in preparing for and submitting two

6   Oppositions, Declarations, and twenty-four exhibits to Defendants' Motions to

7

8   Dismiss on basis of lack of personal jurisdiction.  The case did not settle at the

9   ENE hearing.  We continued to work to resolve the matter and regularly

10

11  consulted with our clients.

12      5.)    With respect to the experience, reputation, and ability of the

13

14  attorney performing the legal services, I have been practicing law for 42 years

15  and have obtained more than 130 million dollar and multimillion dollar verdicts

16  and settlements.  My firm has always specialized in litigation, primarily in the

17

18  field of personal injury and wrongful death.  My office limits our case load to no

19  more than 15 cases at any given time.  Therefore, the turnover in cases is very

20

21  low each year and thus the cases need to be of significant value.

22      I am the only San Diego attorney elected to the Inner Circle of Advocates,

23  a group of the top 100 plaintiff's lawyers in the country.  I am also one of a small

24

25  number of San Diego attorneys who are Fellows of The American College of

26  Trial Lawyers.  I am a member and have been President of the San Diego

27

28  Chapter of The American Board of Trial Advocates and have served on the

1  Boards of the Consumer Attorneys of California, the Consumer Attorneys of San

2  Diego, the Association of Business Trial Lawyers, the American Board of Trial

3

4  Advocates, California Western School of Law, Sharp Healthcare, and the Enright

5  Chapter of the American Inns of Court, where I currently serve as President.

6      I have been voted by my peers as one of the Best Lawyers in America

7

8  (Woodward White); have been selected as one of the top 500 lawyers in the

9  country by Lawdragon; one of the top 10 lawyers in San Diego (number 1) by

10

11 Super Lawyers; one of the top lawyers in Southern California by the Los Angeles

12 Times; and one of the Best Lawyers in San Diego by San Diego Magazine.  I

13

14 point all these things out, not by way of adulation or self-promotion, but because

15 I appear to be required to do so by Rule of Court 7.977(b)(7).

16      6.)    Our office works on a contingent fee basis.  We advance costs in the

17

18 vast majority of cases, usually having hundreds of thousands of dollars of costs

19 advanced at any given time, because of the magnitude and complexity of the

20

21 cases we handle.  Similarly, we have thousands and thousands of hours invested

22 in our cases.  When a case is lost, we not only lose all of the time invested in the

23 case, but we also lose all of the costs that we have advanced.  Typically, because

24

25 of their catastrophic injuries or death in the family, our clients are not financially

26 able to reimburse any of the costs, so we do not require that they do so.

27

28

8.)    Thus, we need and count on having cases resolved early in some instances, so that the contingent fee obtained can help offset those cases that are lost or settle unfavorably.  In the end, contingent fees are designed to balance the good and the bad, so that deserving clients will be able to obtain the best attorneys, and those attorneys will obtain a sufficient enough return on their time and expense investment to make the cases worthwhile.

9.)    In this case, we reduced our attorney's fees from 33 1/3% to 20% to help facilitate the settlement between Plaintiffs and Defendants.

10.)    Our Retainer Agreement is subject to the attorney-client privilege and is not being attached at this time.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed this 1st day of November, 2019, at San Diego, California.



CRAIG R. McCLELLAN

DECLARATION OF CRAIG R. McCLELLAN ISO PETITION FOR APPROVAL OF SETTLEMENT
CASE NO. 3:19-cv-00349-BEN-BGS

Attachment 14b

To Petition for Approval

# The McClellan Law Firm
## Costs Advanced Detail
### All Transactions

10/30/19

| Date | Num | Name | Memo | Amount |
|------|-----|------|------|--------|
| **A/R - Client Costs Advanced** | | | | |
| **Shen** | | | | |
| 10/09/2018 | 072018336 | Dustin Snipes Photography, Inc. | Shen/ | 1,250.00 |
| 11/16/2018 | 3217 | UC Regents | Shen: Hospital billing records | 20.00 |
| 11/27/2018 | 3219 | U.C. Regents | Shen: medical records | 30.00 |
| 12/21/2018 | 11572102 | One Legal, LLC | Shen: filing fee | 444.95 |
| 12/31/2018 | Stamps | Stamps.com | Shen/postage | 0.94 |
| 01/08/2019 | 3286 | U.C. Regents | Shen: medical records | 5.50 |
| 01/08/2019 | | Clerk of Superior Court | Shen: filing fee | 7.50 |
| 01/15/2019 | | sdcourt.ca.gov | Shen/docments | 15.00 |
| 01/17/2019 | | Civil Action Group, Ltd. | Shen: translation | 2,434.60 |
| 01/22/2019 | | Civil Action Group, Ltd. | Shen: translation | 209.85 |
| 02/02/2019 | | Fedex | Shen: overnight parcel | 11.76 |
| 02/11/2019 | 11653424 | One Legal, LLC | Shen: filing fee | 9.95 |
| 02/26/2019 | | city of San Diego Jobs | Shen/mock trial | 35.00 |
| 02/28/2019 | Stamps | Stamps.com | Shen/postage | 29.30 |
| 03/13/2019 | 3466 | Cash | Shen: focus group | 1,140.00 |
| 03/21/2019 | | Cash | Focus Group return cash | (120.00) |
| 03/25/2019 | 25459 | Bennett Williamson, Ph.D. | Shen Expert Retainer | 2,500.00 |
| 03/26/2019 | 3452 | U.C. Regents | Shen: medical billing records | 20.00 |
| 03/27/2019 | | Craigslist.org | Focus Group | 35.00 |
| 04/04/2019 | 3454 | U.C. Regents | Shen: radiology disk | 30.00 |
| 04/12/2019 | 18-1211213 | Litivate Reporting + Trial Service | Shen: Focus Group | 388.00 |
| 06/30/2019 | Stamps | Stamps.com | Shen: postage | 0.65 |
| 09/05/2019 | | DCIS@delaware.gov | Shen: court docs | 20.00 |
| 09/05/2019 | | DCIS@delaware.gov | Shen: court docs | 20.00 |
| 09/28/2019 | | Arriva Translations | Shen: translator | 375.00 |
| 09/30/2019 | USINV1909... | Arkadin, Inc. | Shen/conference call | 15.38 |
| **Total Shen** | | | | 8,928.38 |
| **Total A/R - Client Costs Advanced** | | | | 8,928.38 |
| **TOTAL** | | | | **8,928.38** |

Attachment 18e

To Petition for Approval

MC-025

| SHORT TITLE: Mila Shen et. al. v. Club Med SAS, et. al. | CASE NUMBER:<br>3:19-CV-00349-BEN-BGS |
| --- | --- |

**ATTACHMENT** *(Number):* _____18e_____

*(This Attachment may be used with any Judicial Council form.)*

18e.

The attorney is also representing Mila Shen's mother, Joyce Shen; father, Edwin Shen; sister, Vesper Shen; and sister, Zoe Shen.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1_____ of 1_____

*(Add pages as required)*

**ATTACHMENT**
**to Judicial Council Form**

*www.courtinfo.ca.gov*
*Westlaw Doc & Form Builder™*

Attachment 19b(3)

To Petition for Approval



## CONFIRMATION OF STRUCTURED SETTLEMENT ANNUITY
## FOR
## MILA SHEN
### Date of Birth: January 26, 2011

This quote is based on rates from
Pacific Life Insurance Company,
rated A+ xv by A.M. Best Co.

Purchase Date: December 28, 2019
## COURT ATTACHMENT

|  | Cost | Guaranteed Benefits | Projected Benefits |
|---|---|---|---|
| **Guaranteed Lump Sum** | | | |
| $92,050.73 guaranteed lump sum payable at age 18 (on January 26, 2029). | | $92,050.73 | $92,050.73 |
| $95,992.78 guaranteed lump sum payable at age 19 (on January 26, 2030). | | $95,992.78 | $95,992.78 |
| $98,999.17 guaranteed lump sum payable at age 20 (on January 26, 2031). | | $98,999.17 | $98,999.17 |
| $101,834.82 guaranteed lump sum payable at age 21 (on January 26, 2032). | | $101,834.82 | $101,834.82 |
| **TOTAL** | **$299,707.18** | **$388,877.50** | **$388,877.50** |

It is understood that the Defendant and/or Insurer shall make a qualified assignment under Section 130 of the Internal Revenue Code to Pacific Life & Annuity Services, Inc. to fund the obligation to make payments through the purchase of an Annuity from Pacific Life Insurance Company, who shall make the future periodic payments.

"The projected purchase date of the annuity policy is 12/28/2019. Any delay in funding the annuity policy may result in a delay of the payment dates by an equal number of days, or at the discretion of the life insurance company, the payment amounts will be adjusted to reflect the delay in funding. A comparably rated life insurance company may be substituted to obtain the best interest rates available at the time of funding."

**Note:**
❖ A structured settlement annuity is income tax-free for personal injury victims under IRC 104 (a)
❖ Illustrated benefits are fixed (guaranteed) and will not vary once locked-in
❖ IRR: 2.48%

**\*\*\*This quote is LOCKED-IN\*\*\***
**If premium is not received by the assumed purchase date the above benefits will change.**
This quote is not valid if the date of birth or gender is incorrect.
*Life Expectancy information obtained from Lawyers & Judges Publishing Co. 2019.

Prepared By: Marjorie Smith, Sage Settlement Consulting, LLC
Case Manager: Veronica Goucher
3421 Bannerman Road, Suite 204, Tallahassee, FL 32312
(800) 573-8853; Fax (850) 894-1110